

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-96,245-01

**EX PARTE BOBBY MARTINEZ, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 2019CR13098-W1 IN THE 226TH DISTRICT COURT
### FROM BEXAR COUNTY

*Per curiam*.

## O P I N I O N

Applicant was convicted of stalking and sentenced to twenty-five years' imprisonment. The Fourth Court of Appeals affirmed his conviction. *Martinez v. State*, No. 04-21-00378-CR (Tex. App.—San Antonio del. Mar. 1, 2023) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that appellate counsel failed to timely inform him that his conviction had been affirmed and advise him of his right to file a *pro se* petition for discretionary review. Based on the record, the trial court has determined that Applicant is entitled to an out-of-time petition for discretionary review.

Relief is granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997); *Ex parte Crow*, 180 S.W.3d 135 (Tex. Crim. App. 2005). Applicant may file an out-of-time petition for discretionary review of the judgment of the Fourth Court of Appeals in cause number 04-21-00378-CR. Should Applicant decide to file a petition for discretionary review, he must file it with this Court within thirty days from the date of this Court's mandate. Applicant's other habeas claims are dismissed. *See Ex parte Torres*, 943 S.W.2d 469 (Tex. Crim. App. 1997).

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered:            January 15, 2025
Do not publish